UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 11-57516 |
| Lori Katherine Schrader, | : | Chapter 13 |
| Debtor(s). | : | Judge John E. Hoffman Jr. |

## **NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Faye D. English, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated:  September 27, 2016

/s/ Faye D. English
Faye D. English (#0075557)
Chapter 13 Trustee
10 W. Broad Street, Suite 900
Columbus, OH 43215
614-420-2555 telephone
614-420-2550 facsimile
faye.english@ch13columbus.com

| Name and Address | Amount |
|---|---|
| First American Loans | $633.00 |
| 1080 N. Bridge St., Suite 10 | |
| Chillicothe, OH 45601 | |